IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVON LEON FREEMAN,  No. 2:16-CV-0705-CMK-P

    Plaintiff,

  vs.  ORDER

E. LYNCH,

    Defendant.

/

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. Pending before the court is plaintiff's motion (Doc. 11) for a default judgment. Because the Clerk of the Court has not entered defendant's default, and because defendant's response to the complaint is not yet due, plaintiff's motion is denied.

    IT IS SO ORDERED.

DATED: September 18, 2017

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE

1