IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TRAVON LEON FREEMAN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**E. LYNCH,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:16-cv-0705-CMK (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER**<br><br>Judge:　　　Honorable Craig M. Kellison<br>Trial Date:　N/A<br>Action Filed: April 4, 2016 |

Based on the briefing submitted in Defendant's Motion to Modify Scheduling Order to Stay Discovery, and good cause appearing therein, the Court orders that:

1. The Motion to Modify the Scheduling Order to Stay Discovery is GRANTED;

2. Discovery in this action is stayed pending the resolution of Defendant's Motion to Revoke Plaintiff's *in forma pauperis* status.

Dated: November 8, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

# DECLARATION OF SERVICE BY U.S. MAIL

**Case Name:** *Travon Leon Freeman (G36842) v. E. Lynch*
**Case No.:** 2:16-cv-0705-CMK (PC)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **October 30, 2017**, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Travon Leon Freeman - G36842
California State Prison - Sacramento
P.O. Box 290066
Represa, CA  95671

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 30, 2017**, at Sacramento, California.

| D. Kulczyk | */s/ D. Kulczyk* |
|---|---|
| Declarant | Signature |