# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN, | No. 2:16-CV-0705-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| E. LYNCH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On July 12, 2018, the Magistrate Judge filed findings and recommendations (ECF No. 47) herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED

1

that:

1. The findings and recommendations filed July 12, 2018, are ADOPTED in full;

2. Defendants' motion to revoke Plaintiff's in forma pauperis status (ECF No. 17) is DENIED;

3. Plaintiff's motions for injunctive relief (ECF Nos. 23, 26, and 43) are DENIED; and

4. Plaintiff's motions for summary judgment (ECF Nos. 21 and 25) are DENIED without prejudice to renewal following the close of discovery.

IT IS SO ORDERED.

Dated: September 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE