# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN, | No. 2:16-CV-0705-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| E. LYNCH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On October 11, 2017, the court issued an order regarding discovery and dispositive motions filing deadlines, permitting discovery through February 9, 2018, and requiring any dispositive motions to be filed within 90 days of the close of discovery. See Doc. 18 (October 11, 2017, discovery and scheduling order). On November 8, 2017, the court stayed discovery pending resolution of defendant's motion to revoke plaintiff's in forma pauperis status. See Doc. 20 (November 8, 2017, order staying discovery). On September 17, 2018, the court denied defendant's motion to revoke plaintiff's in forma pauperis status. See Doc. 54 (September 17, 2018, District Judge order). Because defendant's motion to revoke plaintiff's in forma pauperis status has now been resolved, the say of discovery will be lifted.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of discovery is hereby lifted;
2. The parties may conduct discovery until March 11, 2019;
3. All dispositive motions shall be filed within 90 days after the close of discovery; and
4. Except as otherwise provided herein, the provisions of the court's October 11, 2017, order shall apply.

Dated: October 24, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE