# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. LYNCH,<br><br>　　　　Defendant. | No. 2:16-CV-0705-MCE-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's "Motion: Discovery Request and Notice" (ECF No. 59).; (2) plaintiff's motion for mediation and/or a settlement conference (ECF No. 60); (3) plaintiff's "Motion: Subpoena Order" (ECF No. 62); and (4) plaintiff's motion for sanctions (ECF No. 65) and opposition thereto (ECF No. 67).

Plaintiff's "Motion: Discovery Request and Notice" (ECF No. 59) and "Motion: Subpoena Order" (ECF No. 62) are not proper motions seeking relief from the court. These are discovery requests improperly filed with the court and, as such, will be stricken.

Defendant will be directed to file a response to plaintiff's motion requesting referral of this case to mediation or a settlement conference (ECF No. 60).

///

///

1

In his motion for sanctions (ECF No. 65), plaintiff seeks $10,000.00 per day in sanctions as compensation for alleged discovery abuses. Because plaintiff has not prevailed on any properly noticed discovery motions, the request for sanctions will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions (ECF Nos. 59 and 62) are improperly filed discovery requests and, as such, are stricken;

2. Plaintiff's motion for sanctions (ECF No. 65) is denied; and

3. Defendant shall file a response to plaintiff's motion for referral of this case to mediation or a settlement conference (ECF No. 60) within 20 days of the date of this order.

Dated: June 5, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE