# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN, | No. 2:16-CV-0705-MCE-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| E. LYNCH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (ECF No. 60) for referral of this matter to a settlement conference or mediation. Defendant has filed a response indicating he is not amenable to such efforts at this time. Accordingly, plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: June 27, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1