UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>E. LYNCH et al.,<br><br>    Defendants. | No. 2:16-cv-00705-MCE-DMC<br><br>**ORDER** |

The Court has reviewed pro se Plaintiff Travon Leon Freeman's ("Plaintiff") Motion for Temporary Restraining Order, Preliminary Injunction, and Order to Show Cause, which asks the Court to order Defendants to return Plaintiff's personal property. ECF No. 85. Plaintiff fails to demonstrate he will suffer irreparable harm absent a court order directing the return of his personal property. See Caribbean Marine Serv. Co. v. Baldridge, 844 F.2d 668, 674 (9th Cir. 1988). Therefore, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

Dated:   **December 4, 2019**          /s/ Lawrence J. O'Neill
                                                              UNITED STATES CHIEF DISTRICT JUDGE